B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): *Weathersby Japore* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *None* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): *4925* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): *2403 24th Street Apt#1 North chicago, IL*  ZIP CODE *60064* | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: *Lake* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity (Check box, if applicable.) | Nature of Debts (Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending. | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

JEFFREY P. ... CLERK
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FILED
AUG 15 2014

B 1 (Official Form 1) (04/13)                                                                                           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** *Vishalkapshu Serome* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: *None* | Case Number: *N/A* | Date Filed: *N/A* |
| Location Where Filed: *N/A* | Case Number: *N/A* | Date Filed: *N/A* |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: *None* | Case Number: *N/A* | Date Filed: *N/A* |
| District: *N/A* | Relationship: *N/A* | Judge: *N/A* |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| ☐  Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☑  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

*EMS Partners*
(Name of landlord that obtained judgment)

*379 Eaton Dr*
*Barrington, IL 60010*
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | *Wiatkowski Salone* |

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Jerome Wiatkowski_
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

Date _8/15/14_

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1515 are attached.

☐ Pursuant to 11 U.S.C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed Name of Foreign Representative)

_____

Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Jerome Weathersby_          Case No._____
          Debtor                                      (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                                Page 2

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑ Active military duty in a military combat zone.

❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor *Jerome Wortherly*

Date: *8/15/14*

# DEBT SHEET

◆ It is VERY IMPORTANT that you provide an accurate address for every creditor. You must physically write out the information required on this page. We will not do it for you. Use only black ink. Please print legibly. ◆

Name of Creditor _City of Waukegan Fire dept_

Correspondence Address _18 North County_

City _Waukegan_ State _FL_ Zip Code _60085_

Account Number _____ Balance / Amount of Claim $ _840.00_

When was the debt incurred, and how long did you have this debt: (Month/Year) _12/2010_ through _____

What is the type of debt? ☒Medical ☐ Credit Card ☐ Personal Loan ☐ Payday loans ☐ Other_____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _illness_

If this debt is for a credit card, what date (or year) did you last make a purchase? _n/a_

Who is financially responsible for this debt? ☐ Man ☐ Woman ☐ Joint ☐ Other _debtor_

Is this debt secured by a property? ☐Yes ☒No If yes, what property? _____

Is there a co-signer on this debt? ☐Yes ☒No If yes, state name and address of co-signer _____
_____

Do you dispute this debt? ☒Yes ☐No If yes, explain: _Services Not Needed_

Has this debt been turned over to a collection agency? ☒Yes ☐No If yes, state: _Tel# 847-255-8300_

Name of Collection Agency or Law Firm _Northwest Collectors # 370374_

Address _3601 Algonquin Rd._

City _Rolling Mdws_ State _FL_ Zip Code _60008_

---

Name of Creditor _HSBC Bank_ _Tel (888) 385-8916_

Correspondence Address _P.O. Box 9_

City _Buffalo_ State _Northa NY_ Zip Code _14240_

Account Number _#5120255O1408_ Balance / Amount of Claim $ _1,422.00_

When was the debt incurred, and how long did you have this debt: (Month/Year) _05/2007_ through _04/2008_

What is the type of debt? ☐ Medical ☒Credit Card ☒Personal Loan ☐ Payday loans ☐ Other_____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _Appliance_

If this debt is for a credit card, what date (or year) did you last make a purchase? _04/2008_

Who is financially responsible for this debt? ☐ Man ☐ Woman ☐ Joint ☐ Other _debtor_

Is this debt secured by a property? ☐Yes ☒No If yes, what property? _____

Is there a co-signer on this debt? ☐Yes ☒No If yes, state name and address of co-signer _____
_____

Do you dispute this debt? ☐Yes ☒No If yes, explain: _____

Has this debt been turned over to a collection agency? ☐Yes ☐No If yes, state: _____

Name of Collection Agency or Law Firm _Midland Funding LLC #853333_

Address _8875 AERO Dr, Suite 200,_ _C_

City _SAN Diego_ State _CA_ Zip Code _92123_

---

Page 27 of 38

# DEBT SHEET

◆ It is VERY IMPORTANT that you provide an accurate address for every creditor. You must physically write out the information required on this page. We will not do it for you. Use only black ink. Please print legibly. ◆

Name of Creditor _Peoples Energy_

Correspondence Address _200 East Randolph_

City _Chicago_ State _IL_ Zip Code _60601_

Account Number _350006030_ Balance / Amount of Claim $ _____

When was the debt incurred, and how long did you have this debt: (Month/Year) _Feb/2014_ through _2014_

What is the type of debt? ❑ Medical ❑ Credit Card ❑ Personal Loan ❑ Payday loans ❑ Other_____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _Appliances + Utility_

If this debt is for a credit card, what date (or year) did you last make a purchase? _2014_

Who is financially responsible for this debt? ❑ Man ❑ Woman ❑ Joint ☑ Other _debtor_

Is this debt secured by a property? ❑ Yes ☑ No If yes, what property? _____

Is there a co-signer on this debt? ❑ Yes ☑ No If yes, state name and address of co-signer _____

Do you dispute this debt? ❑ Yes ☑ No If yes, explain:_____

Has this debt been turned over to a collection agency? ❑ Yes ☑ No If yes, state:

Name of Collection Agency or Law Firm _____

Address _____

City _____ State _____ Zip Code _____

Name of Creditor _North Chicago Fire dept_

Correspondence Address _Argonne Dr & Lewis Ave    (847) 336-1080_

City _North Chicago_ State _IL_ Zip Code _60064_

Account Number _873618, 811053_ Balance / Amount of Claim $ _1,272.00_

When was the debt incurred, and how long did you have this debt: (Month/Year)_____ through _____

What is the type of debt? ☑ Medical ❑ Credit Card ❑ Personal Loan ❑ Payday loans ❑ Other_____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _Illness_

If this debt is for a credit card, what date (or year) did you last make a purchase?_____

Who is financially responsible for this debt? ❑ Man ❑ Woman ❑ Joint ❑ Other _debtor_

Is this debt secured by a property? ❑ Yes ☑ No If yes, what property? _____

Is there a co-signer on this debt? ❑ Yes ☑ No If yes, state name and address of co-signer _____

Do you dispute this debt? ☑ Yes ❑ No If yes, explain: _Services Not Needed_

Has this debt been turned over to a collection agency? ☑ Yes ❑ No If yes, state:

Name of Collection Agency or Law Firm _Merchant Credit Guide_

Address _223 W Jackson Suite 900_

City _Chicago_ State _IL_ Zip Code _60606_

_Ac # 873018012, 811053035, 873018014_

Nielson Law Office • 1212 Hancock Street, Suite 120 • Quincy, Massachusetts 02169
(Telephone) 617.773.6866 • (Toll Free) 866.773.6866 • (Fax) 617.773.9996 • www.ddnlaw.com

# DEBT SHEET

◆ **It is VERY IMPORTANT that you provide an accurate address for every creditor. You must physically write out the information required on this page. We will not do it for you. Use only black ink. Please print legibly.** ◆

Name of Creditor _Springland    Formerly  AGF #314094800071_

Correspondence Address _PO Box 627_

City _Waukegan_ State _IL_ Zip Code _60085_

Account Number _314094800071_ Balance / Amount of Claim $ _2,612.00_

When was the debt incurred, and how long did you have this debt? (Month/Year) _04/2008_ through _current_

What is the type of debt? ☐ Medical ☐ Credit Card ☑ Personal Loan ☐ Payday loans ☐ Other_____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _House Hold Bills_

If this debt is for a credit card, what date (or year) did you last make a purchase? _No_

Who is financially responsible for this debt? ☐ Man ☐ Woman ☐ Joint ☑ Other _debtor_

Is this debt secured by a property? ☑ Yes ☐ No If yes, what property? _Wages_

Is there a co-signer on this debt? ☐ Yes ☑ No If yes, state name and address of co-signer _____

Do you dispute this debt? ☐ Yes ☑ No If yes, explain:_____

Has this debt been turned over to a collection agency? ☐ Yes ☑ No If yes, state:

Name of Collection Agency or Law Firm _____

Address _____

City _____ State _____ Zip Code _____

Name of Creditor _North chicago Fire Dept._

Correspondence Address _Regonde Dr @ Lewis ave    847-336-1080_

City _North chicago_ State _IL_ Zip Code _60064_

Account Number _852242017525_ Balance / Amount of Claim $ _914.00_

When was the debt incurred, and how long did you have this debt? (Month/Year) _9/2009_ through _currently_

What is the type of debt? ☑ Medical ☐ Credit Card ☐ Personal Loan ☐ Payday loans ☐ Other_____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _Illness_

If this debt is for a credit card, what date (or year) did you last make a purchase? _No_

Who is financially responsible for this debt? ☐ Man ☐ Woman ☐ Joint ☐ Other _debtor_

Is this debt secured by a property? ☐ Yes ☑ No If yes, what property? _____

Is there a co-signer on this debt? ☐ Yes ☑ No If yes, state name and address of co-signer _____

Do you dispute this debt? ☑ Yes ☐ No If yes, explain: _Services Not Needed_

Has this debt been turned over to a collection agency? ☑ Yes ☐ No If yes, state:

Name of Collection Agency or Law Firm _Dependon Collection Service_

Address _PO Box 4839_

City _Oak Brook_ State _IL_ Zip Code _60522_

# DEBT SHEET

◆ **It is VERY IMPORTANT that you provide an accurate address for every creditor. You must physically write out the information required on this page. We will not do it for you. Use only black ink. Please print legibly.** ◆

Name of Creditor _HSBC BANK_

Correspondence Address _P.O. Box 9_

City _New_    State _Nevada_    Zip Code _14240_

Account Number _853333_    Balance / Amount of Claim $ _796.00_

When was the debt incurred, and how long did you have this debt: (Month/Year) _12/2009_ through _05/2014_

What is the type of debt? ☐ Medical ☑ Credit Card ☐ Personal Loan ☐ Payday loans ☐ Other _furniture_

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _furn. fitness_

If this debt is for a credit card, what date (or year) did you last make a purchase? _no_

Who is financially responsible for this debt? ☐ Man ☐ Woman ☐ Joint ☐ Other _debtor_

Is this debt secured by a property? ☐ Yes ☑ No  If yes, what property? _____

Is there a co-signer on this debt? ☐ Yes ☑ No  If yes, state name and address of co-signer _____

Do you dispute this debt? ☐ Yes ☑ No  If yes, explain: _____

Has this debt been turned over to a collection agency? ☑ Yes ☐ No  If yes, state:

Name of Collection Agency or Law Firm _Midland Funding_

Address _8875 AERO Dr, Ste 200    Tel (800) 825-8131_

City _San diego_    State _CA_    Zip Code _92123_

Name of Creditor _City of Waukegan Fire Dept._

Correspondence Address _18 North county_

City _Waukegan_    State _IL_    Zip Code _60085_

Account Number _3703743608_    Balance / Amount of Claim $ _870.00_

When was the debt incurred, and how long did you have this debt: (Month/Year) _01/2011_ through _currently_

What is the type of debt? ☑ Medical ☐ Credit Card ☐ Personal Loan ☐ Payday loans ☐ Other _Illness_

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _Illness_

If this debt is for a credit card, what date (or year) did you last make a purchase? _n/o_

Who is financially responsible for this debt? ☐ Man ☐ Woman ☐ Joint ☐ Other _debtor_

Is this debt secured by a property? ☐ Yes ☑ No  If yes, what property? _____

Is there a co-signer on this debt? ☐ Yes ☑ No  If yes, state name and address of co-signer _____

Do you dispute this debt? ☑ Yes ☐ No  If yes, explain: _Services Not Needed_

Has this debt been turned over to a collection agency? ☑ Yes ☐ No  If yes, state:

Name of Collection Agency or Law Firm _Northwest Collector (847) 255-8300_

Address _3601 Algonquin Rd_

City _Rolling Medows_    State _IL_    Zip Code _60008_

Page 32 of 38

# DEBT SHEET

◆ **It is VERY IMPORTANT that you provide an accurate address for every creditor. You must physically write out the information required on this page. We will not do it for you. Use only black ink. Please print legibly.** ◆

Name of Creditor _Vista Medical Center West_

Correspondence Address _2615 Washington_      _(847) 249-3900_

City _Waukegan_      State _IL_      Zip Code _60085_

Account Number _____  Balance / Amount of Claim $ _37,652.00_

When was the debt incurred, and how long did you have this debt: (Month/Year) _9/2015_  through _5/2014_

What is the type of debt? ☑ Medical ☐ Credit Card ☐ Personal Loan ☐ Payday loans ☐ Other _____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _illness_

If this debt is for a credit card, what date (or year) did you last make a purchase? _no_

Who is financially responsible for this debt? ☐ Man ☐ Woman ☐ Joint ☐ Other _Debtor_

Is this debt secured by a property? ☐ Yes ☑ No  If yes, what property? _____

Is there a co-signer on this debt? ☐ Yes ☑ No  If yes, state name and address of co-signer _____

Do you dispute this debt? ☑ Yes ☐ No  If yes, explain: _Unneeded Services_

Has this debt been turned over to a collection agency? ☐ Yes ☐ No  If yes, state:

Name of Collection Agency or Law Firm _Credit Control LLC #1111_

Address _5757 Phantom Dr, STE 330_      _(888) 365-7131_

City _Hazelwood_      State _MO_      Zip Code _63042_

---

Name of Creditor _Vista Medical Center East_

Correspondence Address _1324 North Sheridan_      _(847) 360-3000_

City _Waukegan_      State _IL_      Zip Code _60085_

Account Number _Wage Summons #12L677_ Balance / Amount of Claim $ _57,913.17_

When was the debt incurred, and how long did you have this debt: (Month/Year) _01/2014_  through _Currently_

What is the type of debt? ☑ Medical ☐ Credit Card ☐ Personal Loan ☐ Payday loans ☐ Other _____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _illness_

If this debt is for a credit card, what date (or year) did you last make a purchase? _No_

Who is financially responsible for this debt? ☐ Man ☐ Woman ☐ Joint ☐ Other _debtor_

Is this debt secured by a property? ☐ Yes ☑ No  If yes, what property? _____

Is there a co-signer on this debt? ☐ Yes ☑ No  If yes, state name and address of co-signer _____

Do you dispute this debt? ☑ Yes ☐ No  If yes, explain: _Unwanted Service_

Has this debt been turned over to a collection agency? ☐ Yes ☐ No  If yes, state:

Name of Collection Agency or Law Firm _Adler and Associates_

Address _25 E Washington St #221_      _(312) 726-1814_

City _Chicago_      State _IL_      Zip Code _60602_

# DEBT SHEET

◆ It is VERY IMPORTANT that you provide an accurate address for every creditor. You must physically write out the information required on this page. We will not do it for you. Use only black ink. Please print legibly. ◆

Name of Creditor _VA Medical Center_
Correspondence Address _3001 Greenbay Rd (847) 688-1900_
City _North Chicago_  State _IL_  Zip Code _60064_
Account Number _76378 NEATH_  Balance / Amount of Claim $ _2,500_
When was the debt incurred, and how long did you have this debt: (Month/Year)_____ through _____
What is the type of debt? ☑Medical ❑ Credit Card ❑ Personal Loan ❑ Payday loans ❑Other_____
Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _illness_
If this debt is for a credit card, what date (or year) did you last make a purchase? _no_
Who is financially responsible for this debt? ❑ Man ❑ Woman ❑ Joint ☑Other _debtor_
Is this debt secured by a property? ❑Yes ☑No If yes, what property? _____
Is there a co-signer on this debt? ❑Yes ☑No If yes, state name and address of co-signer _____
_____
Do you dispute this debt? ❑Yes ☑No If yes, explain:_____
Has this debt been turned over to a collection agency? ❑Yes ❑No If yes, state:
Name of Collection Agency or Law Firm _____
Address _____
City _____  State _____  Zip Code _____

Name of Creditor _World Finance Corp_
Correspondence Address _PO Box 6429_
City _Greenville_  State _SC_  Zip Code _29606_
Account Number _10830021_  Balance / Amount of Claim $ _1,200.00_
When was the debt incurred, and how long did you have this debt: (Month/Year)_9/2012_ through _7/2014_
What is the type of debt? ❑ Medical ❑ Credit Card ☑Personal Loan ❑ Payday loans ❑Other_____
Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _furniture_
If this debt is for a credit card, what date (or year) did you last make a purchase? _no_
Who is financially responsible for this debt? ❑ Man ❑ Woman ❑ Joint ☑Other _debtor_
Is this debt secured by a property? ☑Yes ❑No If yes, what property? _furniture & Tools_
Is there a co-signer on this debt? ❑Yes ☑No If yes, state name and address of co-signer _____
_____
Do you dispute this debt? ❑Yes ☑No If yes, explain:_____
Has this debt been turned over to a collection agency? ❑Yes ☑No If yes, state:
Name of Collection Agency or Law Firm _____
Address _____
City _____  State _____  Zip Code _____

# DEBT SHEET

◆ It is VERY IMPORTANT that you provide an accurate address for every creditor. You must physically write out the information required on this page. We will not do it for you. Use only black ink. Please print legibly. ◆

Name of Creditor _GMS Properties_

Correspondence Address _579 Eston Dr._

City _Barrington_　　　　State _IL_　　　　Zip Code _60010_

Account Number _2903 24th_　　　　Balance / Amount of Claim $ _9000.00_

When was the debt incurred, and how long did you have this debt: (Month/Year)_10/2012_ through _currently_

What is the type of debt? ❑ Medical  ❑ Credit Card  ❑ Personal Loan  ❑ Payday loans ☑ Other_____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.) _Domicile_

If this debt is for a credit card, what date (or year) did you last make a purchase?_____ _No_

Who is financially responsible for this debt? ❑ Man ❑ Woman ❑ Joint ❑ Other _debtor_

Is this debt secured by a property? ☑ Y e s ❑ N o  If yes, what property? _wages_

Is there a co-signer on this debt? ❑ Y e s ☑ N o   If yes, state name and address of co-signer _____

_____

Do you dispute this debt? ❑ Y e s ☑ N o   If yes, explain:_____

Has this debt been turned over to a collection agency? ❑ Y e s ☑ N o   If yes, state:

Name of Collection Agency or Law Firm _____

Address _____

City _____  State _____  Zip Code _____

Name of Creditor _____

Correspondence Address _____

City _____  State _____  Zip Code _____

Account Number _____  Balance / Amount of Claim $_____

When was the debt incurred, and how long did you have this debt: (Month/Year)_____ through _____

What is the type of debt? ❑ Medical  ❑ Credit Card  ❑ Personal Loan  ❑ Payday loans ❑ Other_____

Briefly describe the reason for this debt (e.i. furniture, appliances, electronics, injury, illness, etc.)_____

If this debt is for a credit card, what date (or year) did you last make a purchase?_____

Who is financially responsible for this debt? ❑ Man ❑ Woman ❑ Joint ❑ Other _____

Is this debt secured by a property? ❑ Y e s ❑ N o  If yes, what property? _____

Is there a co-signer on this debt? ❑ Y e s ❑ N o   If yes, state name and address of co-signer _____

_____

Do you dispute this debt? ❑ Y e s ❑ N o   If yes, explain:_____

Has this debt been turned over to a collection agency? ❑ Y e s ❑ N o   If yes, state:

Name of Collection Agency or Law Firm _____

Address _____

City _____  State _____  Zip Code _____

B 6G (Official Form 6G) (12/07)

In re _Jeanne Weatherby_ ,                    Case No._____
           **Debtor**                                                **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re _Jerome Weatherspoon_ ,                          Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Fill in this information to identify your case:**

Debtor 1 _Joanne Weatherspl_
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | _Phlebotomist_ | _____ |
| **Employer's name** | _James A Lovell Federal_ | _____ |
| **Employer's address** | _Health Center_<br>Number  Street<br>_3001 Greenbay Rd_<br><br>_North Chicago, IL 60064_<br>City        State    ZIP Code | Number      Street<br><br><br>City        State    ZIP Code |
| **How long employed there?** | _20 yrs_ | _____ |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be | 2. | $_3276.80_ | $_____ |
| **3.** Estimate and list monthly overtime pay. | 3. | + $_0_ | + $_____ |
| **4.** Calculate gross income. Add line 2 + line 3. | 4. | $_3276.80_ | $_____ |

Official Form B 6I

Schedule I: Your Income

page 1

Debtor 1 ___Jerome Weathersby_____
   First Name Middle Name Last Name

Case number (if known)_____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ................................................ → 4. | $3257.58 | $_____ |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $250.66 | $_____ |
| 5b. | Mandatory contributions for retirement plans | 5b. $26.22 | $_____ |
| 5c. | Voluntary contributions for retirement plans | 5c. $0 | $_____ |
| 5d. | Required repayments of retirement fund loans | 5d. $0 | $_____ |
| 5e. | Insurance | 5e. $112.40 | $_____ |
| 5f. | Domestic support obligations | 5f. $1,450.00 | $_____ |
| 5g. | Union dues | 5g. $39.50 | $_____ |
| 5h. | Other deductions. Specify: _____ | 5h. +$583.00 | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.  6. $2,231.12   $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. $1,611.78   $_____

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $0 | $_____ |
| 8b. | Interest and dividends | 8b. $0 | $_____ |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $0 | $_____ |
| 8d. | Unemployment compensation | 8d. $0 | $_____ |
| 8e. | Social Security | 8e. $0 | $_____ |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $0 | $_____ |
| 8g. | Pension or retirement income | 8g. $0 | $_____ |
| 8h. | Other monthly income. Specify: _____ | 8h. +$0 | +$_____ |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.  9. $1,611.78   $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10. $_____ + $_____ = $_____

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____  11. +$ 0

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies  12. $1,611.78
                        **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain: _____

Official Form B 6I         **Schedule I: Your Income**         page 2

**Fill in this information to identify your case:**

Debtor 1 _Joanne Weathersby_
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**           ☑ No

   Do not list Debtor 1 and           ☐ Yes. Fill out this information for
   Debtor 2.                              each dependent..........

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include
   expenses of people other than
   yourself and your dependents?**      ☑ No
                                        ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value
of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and
   any rent for the ground or lot.                                                      4. $ _750.00_

   **If not included in line 4:**

   4a.   Real estate taxes                                                              4a. $ _0_

   4b.   Property, homeowner's, or renter's insurance                                   4b. $ _0_

   4c.   Home maintenance, repair, and upkeep expenses                                  4c. $ _100.00_

   4d.   Homeowner's association or condominium dues                                    4d. $ _0_

Official Form B 6J                          Schedule J: Your Expenses                          page 1

Debtor 1 _____

First Name        Middle Name        Last Name

Case number (if known) _____

| | | Your expenses |
|---|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans    5.    $ _____0_____

6.  **Utilities:**

    6a.   Electricity, heat, natural gas    6a.    $ ___400.00___

    6b.   Water, sewer, garbage collection    6b.    $ _____0_____

    6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.    $ ___180.00___

    6d.   Other. Specify: _____    6d.    $ _____0_____

7.   **Food and housekeeping supplies**    7.    $ ___280.00___

8.   **Childcare and children's education costs**    8.    $ _____0_____

9.   **Clothing, laundry, and dry cleaning**    9.    $ ___120.00___

10.  **Personal care products and services**    10.    $ ___100.00___

11.  **Medical and dental expenses**    11.    $ _____0_____

12.  **Transportation.** Include gas, maintenance, bus or train fare.
     Do not include car payments.    12.    $ ___60.00___

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $ ___50.00___

14.  **Charitable contributions and religious donations**    14.    $ _____0_____

15.  **Insurance.**
     Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.   Life insurance    15a.    $ _____0_____

    15b.   Health insurance    15b.    $ _____0_____

    15c.   Vehicle insurance    15c.    $ _____0_____

    15d.   Other insurance. Specify:_____    15d.    $ _____0_____

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
     Specify: _____    16    $ _____0_____

17.  **Installment or lease payments:**

    17a.   Car payments for Vehicle 1    17a.    $ _____0_____

    17b.   Car payments for Vehicle 2    17b.    $ _____0_____

    17c.   Other. Specify:_____    17c.    $ _____0_____

    17d.   Other. Specify:_____    17d.    $ _____0_____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted
     from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).**    18.    $ _____0_____

19.  **Other payments you make to support others who do not live with you.**
     Specify:_____    19.    $ _____0_____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**

    20a.   Mortgages on other property    20a.    $ _____0_____

    20b.   Real estate taxes    20b.    $ _____0_____

    20c.   Property, homeowner's, or renter's insurance    20c.    $ _____0_____

    20d.   Maintenance, repair, and upkeep expenses    20d.    $ _____0_____

    20e.   Homeowner's association or condominium dues    20e.    $ _____0_____

Debtor 1   _Jerone_      _Weathersby_

First Name       Middle Name        Last Name

Case number (if known)_____

21.   **Other**. Specify: _____     21.   +$ _____0_____

22.   **Your monthly expenses.** Add lines 4 through 21.
       The result is your monthly expenses.                          22.   $ __2,040.00__

23.   **Calculate your monthly net income.**

    23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.   $ __1,611.78__

    23b.   Copy your monthly expenses from line 22 above.                      23b.   −$ __2,040.00__

    23c.   Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income*.                             23c.   $ __428.22__

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.      Explain here:

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

In re: Jerome Weathersby ,                    Case No. _____
       _____                                     (if known)
            Debtor

## STATEMENT OF FINANCIAL AFFAIRS

   This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

   *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

   *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.  **Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

1. $42,589.00   Jan/2012 - Dec/2012   Employment
2. $42,542.00   Jan/2013 - Dec/2013   Employment
                Jan/2014 - Current    Employment

2

**2.  Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                  SOURCE

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| 1. 124677 | Commercial garnish men | Lake county circuit court | Wage deduction |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Vista Medical Center East | Jan/2014 | Wages $57,913.17 |

---

#### 5. Repossessions, foreclosures and returns

None 
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

4

**6. Assignments and receiverships**

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None 

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7. Gifts**

None 

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None 

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10.  Other transfers**

None


a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None


b.    List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| ① 2403 24th St Apt #2 North Chicago, IL 60064 | Jerome Weathersby | Oct/2013 — Current |
| ② 125 Franklin St Apt # 13 Waukegan, IL | Jerome Weathersby | May/2012 — Oct/2013 |
| ③ 210 S Lorraine Ave Waukegan, IL 60087 | Jerome Weathersby | May/2011 — May/2012 |

7

**16. Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None


a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None


b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None


c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None


a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

      NAME                            ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

      NAME AND ADDRESS                            DATES SERVICES RENDERED

None ☐  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

      NAME                      ADDRESS                  DATES SERVICES RENDERED

9

None ☐    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None ☐    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                         DATE ISSUED

---

**20.  Inventories**

None ☐    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF  INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ☐    b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

---

**21 .  Current Partners, Officers, Directors and Shareholders**

None ☐    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST          PERCENTAGE OF INTEREST

None ☐    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

---

**22 . Former partners, officers, directors and shareholders**

None ☐  a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
|      |         |                    |

None ☐  b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
|                  |       |                     |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|
|      |      |      |

**24.  Tax Consolidation Group.**

None ☐  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
|                            |                                      |

**25.  Pension Funds.**

None ☐  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|
|                      |                                      |

\* \* \* \* \* \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    _8/15/14_       Signature of Debtor     _Jerome Weatherby_

                                          Signature of
Date                                 Joint Debtor
                                          (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date                                    Signature

                                            Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

Signature of Bankruptcy Petition Preparer           Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*